

# INVOICE

Invoice # 17
Date: 03/27/2018
Due Upon Receipt

# RYAN KIM LAW

163-10 Northern Blvd. Ste 205
Flushing, NY 11358

Hyounea Kim
5645 N. Washtenaw Ave Apt 3G
Chicago, IL 60659

## 00042-Hilton Construction Group

## Hilton Construction Group

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 02/14/2018 | Communication : Sent out an email to Hilton Mayer for requesting his discovery response in a week. Also attached Plaintiff's discovery requests dated December 11, 2017. | 0.20 | $150.00 | $30.00 |
| Service | 03/07/2018 | Draft pleading: Draft Motion to Compel against Hilton Mayers, Motion for Default Judgment against corporation Defendants and their notices. Filing with the court and notice to Defendants | 1.30 | $450.00 | $585.00 |
| Service | 03/15/2018 | Draft pleading: File Notice of Motion and prepare courtesy copy to Judge Cole -Binding with tabs | 0.50 | $150.00 | $75.00 |
| Expense | 03/16/2018 | Reimbursable expense: Service of Courtesy Copy | 1.00 | $30.00 | $30.00 |
| Service | 03/22/2018 | Attend Court Hearing: Motion to Compel | 0.50 | $450.00 | $225.00 |
| Expense | 03/22/2018 | Reimbursable expense: Court Parking | 1.00 | $30.00 | $30.00 |
| Service | 03/22/2018 | Travel to/from the court to the office: Motion hearing before Magistrate Judge Cole | 1.50 | $250.00 | $375.00 |
| Service | 03/30/2018 | Travel to/from the court to the office: Hearing for Fee Petition | 1.50 | $250.00 | $375.00 |
| Expense | 03/30/2018 | Reimbursable expense: Court Parking | 1.00 | $30.00 | $30.00 |
| Service | 03/30/2018 | Attend Court Hearing: Hearing for Fee Petition | 0.50 | $450.00 | $225.00 |

Total     $1,980.00

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 17 | 03/27/2018 | $1,980.00 | $0.00 | $1,980.00 |
| | | | **Outstanding Balance** | **$1,980.00** |
| | | | **Total Amount Outstanding** | **$1,980.00** |

Please make all amounts payable to: RYAN KIM LAW

Payment is due upon receipt.