

## Ryan Kim Law

2454 E Dempster St. Suite 301
Des Plaines, IL
IL 60016
ryankimlaw@gmail.com
www.RyanKimLaw.com
O: 8479056262

## INVOICE

| Number | 3 |
|---|---|
| Issue Date | 5/4/2018 |
| Due Date | 5/4/2018 |

### Bill To:

Hyounea Kim

### Time Entries

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with client)<br>10/5/2017<br>Initial Consultation with the client | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Communicate (with client)<br>10/10/2017<br>Phone conference | Jia Choi | $150.00 | 0.10 | $15.00 |
| Draft/revise<br>10/11/2017<br>Draft complaint and initial pleading. eFile with the court | Ryan Kim | $450.00 | 2.00 | $900.00 |
| Communicate (with opposing counsel)<br>10/11/2017<br>Email filed complaint to the opposing counsel | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with opposing counsel)<br>10/11/2017<br>Email from the opposing counsel | Jia Choi | $150.00 | 0.10 | $15.00 |
| Draft/revise<br>10/12/2017<br>Issue summons and sent out | Jia Choi | $150.00 | 0.60 | $90.00 |
| Communicate (with opposing counsel)<br>10/12/2017<br>Send out summons to Opposing counsel by email | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with opposing counsel)<br>10/12/2017<br>email from the opposing counsel | Jia Choi | $150.00 | 0.10 | $15.00 |
| Review/analyze<br>10/13/2017<br>Court order and Judge Guzman's requirement for the initial apeearance | Ryan Kim | $450.00 | 0.20 | $90.00 |
| Communicate (with client)<br>10/16/2017<br>Phone conference | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with opposing counsel)<br>10/19/2017<br>email to the opposing counsel regarding her appearance | Jia Choi | $150.00 | 0.10 | $15.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Communicate (with opposing counsel)<br>10/22/2017<br>Received an email with Appearance and certificate of service | Jia Choi | $150.00 | 0.10 | $15.00 |
| Review/analyze<br>10/31/2017<br>Defendants' Answer | Ryan Kim | $450.00 | 0.40 | $180.00 |
| Review/analyze<br>11/1/2017<br>Defendants' Answer to complaint and Counterclaim | Ryan Kim | $450.00 | 0.30 | $135.00 |
| Communicate (with client)<br>11/7/2017<br>phone conference | Jia Choi | $150.00 | 0.30 | $45.00 |
| Communicate (with client)<br>11/10/2017<br>Phone conference | Jia Choi | $150.00 | 0.30 | $45.00 |
| Communicate (with opposing counsel)<br>11/28/2017<br>Send out Joint report of Planning to the opposing counsel | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with opposing counsel)<br>11/30/2017<br>Following up the joint report | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with opposing counsel)<br>12/4/2017<br>email correspondence with the opposing counsel | Jia Choi | $150.00 | 0.10 | $15.00 |
| Draft/revise<br>12/5/2017<br>Draft Report of Rule 26(f) Planning Meeting | Ryan Kim | $450.00 | 0.60 | $270.00 |
| Communicate (with opposing counsel)<br>12/5/2017<br>email communication with the opposing counsel regarding the Joint Report | Ryan Kim | $450.00 | 0.30 | $135.00 |
| Draft/revise<br>12/6/2017<br>Court Order dated 12/6/2017 | Ryan Kim | $450.00 | 0.10 | $45.00 |
| Appear for/attend<br>12/6/2017<br>Initial Status Hearing | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Travel to/from the Court<br>12/6/2017<br>Travel to/from the court | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Draft/revise<br>12/11/2017<br>Plaintiff's Discovery requests: Initial Rule Disclosure, Request to Admit Facts, Interrogatories, Request to Produce Document | Ryan Kim | $450.00 | 3.00 | $1,350.00 |
| Communicate (with opposing counsel)<br>12/11/2017<br>Send out Plaintiff's discovery requests | Jia Choi | $150.00 | 0.10 | $15.00 |
| Review/analyze<br>12/21/2017<br>Court order for withdrawing as counsel | Ryan Kim | $450.00 | 0.10 | $45.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Appear for/attend<br>12/21/2017<br>Motion for Extension before Judge Cole and Motion to withdraw before Judge Guzman | Ryan Kim | $450.00 | 2.00 | $900.00 |
| Travel to/from the Court<br>12/21/2017 | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Communicate (with client)<br>12/29/2017<br>Phone Conference | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (other external)<br>1/12/2018<br>email to the courtroom deputy regarding the hearing | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (other external)<br>1/16/2018<br>email from the courtroom deputy | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with client)<br>1/22/2018<br>Phone conference | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (other external)<br>1/22/2018<br>email to HIlton Mayers regarding the hearing | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (other external)<br>1/22/2018<br>email to Hilton Mayers and Courtroom Deputy: adjourning the hearing | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with opposing counsel)<br>1/22/2018<br>email to Sally Comin to get Hilton Mayer's email address and contact number | Jia Choi | $150.00 | 0.20 | $30.00 |
| Travel to/from the Court<br>1/23/2018 | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Appear for/attend<br>1/23/2018 | Ryan Kim | $450.00 | 0.50 | $225.00 |
| Communicate (with client)<br>2/3/2018 | Jia Choi | $150.00 | 0.10 | $15.00 |
| Appear for/attend<br>2/6/2018<br>Status Hearing | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Appear for/attend<br>2/6/2018<br>Travel to/from the court | Ryan Kim | $250.00 | 1.00 | $250.00 |
| Communicate (other external)<br>2/14/2018<br>Sent out an email to Hilton Mayer for requesting his discovery response in a week. Also attached Plaintiff's discovery requests dated December 11, 2017. | Jia Choi | $150.00 | 0.20 | $30.00 |
| Communicate (with client)<br>3/2/2018<br>Phone conference | Jia Choi | $150.00 | 0.10 | $15.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Draft/revise<br>3/7/2018<br>Draft Motion to Compel against Hilton Mayers, Motion for Default Judgment against corporation Defendants and their notices. Filing with the court and notice to Defendants | Ryan Kim | $450.00 | 1.30 | $585.00 |
| Draft/revise<br>3/7/2018<br>Motion for Default Judgment | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Appear for/attend<br>3/8/2018<br>Motion for Default Judgment | Ryan Kim | $450.00 | 0.70 | $315.00 |
| Travel to/from the Court<br>3/8/2018<br>Travel to/from the court | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Communicate (other external)<br>3/8/2018<br>email to Hilton regarding Plaintiff's W2 | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with client)<br>3/8/2018<br>email to client regarding W2 | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with client)<br>3/8/2018<br>email from client | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with client)<br>3/8/2018<br>email to client | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (other external)<br>3/8/2018<br>email from Hilton Mayers | Jia Choi | $150.00 | 0.10 | $15.00 |
| Communicate (with client)<br>3/8/2018<br>Phone conference | Jia Choi | $150.00 | 0.20 | $30.00 |
| Travel to/from the Court<br>3/8/2018 | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Appear for/attend<br>3/8/2018 | Ryan Kim | $450.00 | 0.70 | $315.00 |
| Draft/revise<br>3/15/2018<br>File Notice of Motion and prepare courtesy copy to Judge Cole -Binding with tabs | Jia Choi | $150.00 | 0.50 | $75.00 |
| Appear for/attend<br>3/22/2018<br>Motion to Compel | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Travel to/from the Court<br>3/22/2018<br>Travel to/from the court | Ryan Kim | $450.00 | 1.50 | $675.00 |
| Review/analyze<br>3/22/2018<br>Court order | Ryan Kim | $450.00 | 0.10 | $45.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| Draft/revise<br>3/27/2018<br>Petition for Award of Attorney's Fees and exhibits | Jia Choi | $150.00 | 1.30 | $195.00 |
| Appear for/attend<br>3/29/2018 | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Appear for/attend<br>3/29/2018<br>Travel to/from the court | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Review/analyze<br>3/29/2018<br>Defendants' attorney appearance | Ryan Kim | $450.00 | 0.10 | $45.00 |
| Travel to/from the Court<br>3/29/2018 | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Appear for/attend<br>3/30/2018<br>Hearing for fee petition | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Review/analyze<br>4/2/2018<br>Defendants' answers to Plaintiff's Discovery requests | Ryan Kim | $450.00 | 1.00 | $450.00 |
| Appear for/attend<br>4/3/2018<br>Status Hearing | Ryan Kim | $450.00 | 0.60 | $270.00 |
| Appear for/attend<br>4/3/2018<br>Travel to/from the court | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Communicate (with client)<br>4/9/2018<br>Phone conference | Jia Choi | $150.00 | 0.10 | $15.00 |
| Review/analyze<br>4/17/2018<br>Court Order | Ryan Kim | $450.00 | 0.10 | $45.00 |
| Appear for/attend<br>4/19/2018<br>Status | Ryan Kim | $450.00 | 0.70 | $315.00 |
| Appear for/attend<br>4/19/2018<br>Travel to/from the court | Ryan Kim | $250.00 | 1.50 | $375.00 |
| Review/analyze<br>4/30/2018 | Ryan Kim | $450.00 | 0.40 | $180.00 |
| Draft/revise<br>5/1/2018<br>Review Court orders, Draft Motion for Default Judgment, Notice and Proposed Order pursuant court orders | Jia Choi | $150.00 | 1.50 | $225.00 |
| Plan and prepare for<br>5/3/2018<br>Plaintiff's Damage Calculation | Jia Choi | $150.00 | 1.00 | $150.00 |
| Draft/revise<br>5/4/2018<br>Motion for Default Judgment, Memorandum of prove up, Damage Affidavit and Affidavit of Attorney's fee and cost | Ryan Kim | $450.00 | 2.00 | $900.00 |

| Time Entry | Billed By | Rate | Hours | Sub |
|---|---|---:|---:|---:|
| | | **Time Entries Total:** | **48.90** | **$16,495.00** |

Expenses

| Expense | Billed By | Price | Qty | Sub |
|---|---|---:|---:|---:|
| Courtfees<br>10/11/2017 | Jia Choi | $400.00 | 1.00 | $400.00 |
| Court Parking<br>12/6/2017 | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Court Parking<br>12/21/2017<br>[Court Parking] | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Court Parking<br>1/23/2018 | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Court Parking<br>2/6/2018 | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Court Parking<br>3/8/2018 | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Delivery services/messengers<br>3/16/2018<br>[service of courtesy copy] | Jia Choi | $30.00 | 1.00 | $30.00 |
| Court Parking<br>3/22/2018<br>[Court parking] | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Court Parking<br>3/29/2018 | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Court Parking<br>3/30/2018<br>[Court Parking] | Ryan Kim | $30.00 | 1.00 | $30.00 |
| Court Parking<br>4/19/2018 | Ryan Kim | $30.00 | 1.00 | $30.00 |
| | | **Expenses Total:** | **11.00** | **$700.00** |

| | |
|---:|---:|
| Total (USD) | $17,195.00 |
| Paid | $0.00 |
| Balance | $17,195.00 |

# Terms & Conditions

Due Upon Receipt